MINUTE ENTRY
CURRAULT, M. J.
JANUARY 13, 2021
MJSTAR: 0:46

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SMH ENTERPRISES, L.L.C. | CIVIL ACTION |
| VERSUS | NO. 20-2970 |
| KRISPY KRUNCHY FOODS, L.L.C. | SECTION "R" (2) |

Oral Argument was conducted by video conference on this date on Plaintiff's Motion for Leave to file Supplemental Discovery, this Court having previously granted Plaintiff's Motion for Expedited Hearing.  ECF Nos. 53, 54, 55.  All defendants oppose Plaintiff's motion.  ECF Nos. 58, 59.  Participating were:

James Andrew Morock, Jr., counsel for plaintiff;

Jeannil Boji, Lindsay J. Calhoun and Adrienne Paterson, counsel for defendant Krispy Krunchy Foods, L.L.C.;

Shawn Kolitch and Thomas Romano, counsel for defendant Parthenon Software Group, Inc. and Andrew Schmitt;

After oral argument, the matter was taken under submission.   An order setting out the reasons for my ruling will be separately issued.

_____
DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE