# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SMH ENTERPRISES L.L.C. DBA SPECTRUM INTERACTIVE** | * * * | **CASE NO. 2:20-cv-2970** |
| *Plaintiff,* | * * | **SECTION R; DIVISION 2** |
| **VERSUS** | * * | **JUDGE SARAH VANCE** |
| **KRISPY KRUNCHY FOODS, L.L.C., PARTHENON SOFTWARE GROUP, INC., AND ANDREW SCHMITT** *Defendants.* | * * * * * | **MAGISTRATE JUDGE DONNA PHILLIPS CURRAULT** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff SMH Enterprises, LLC dba Spectrum Interactive, Counter-defendant Conway Solomon and Defendants Krispy Krunchy Foods, LLC, Parthenon Software Group, Inc., and Andrew Schmitt, by and through undersigned counsel, hereby stipulate that this action and all claims, counterclaims and defenses asserted therein be dismissed with prejudice, with each party bearing its own attorneys' fees, costs, and expenses.

Respectfully submitted:

*/s/ Emily Lippold Gummer*
**Carver Darden Koretzky Tessier Finn Blossman & Areaux, LLC**
Emily Lippold Gummer, Bar Roll No. 33858
David F. Waguespack, Bar Roll No. 21121
1100 Poydras Street, Suite 3100
New Orleans, LA 70163
(504) 585-3800 (phone)
(504) 585-3801 (fax)
gummer@carverdarden.com
waguespack@carverdarden.com

**CARA STONE, L.L.P.**
Mark Graffagnini, Bar Roll No. 30527
5408 Magazine Street
New Orleans, Louisiana 70115
(504) 265-9955 (phone/fax)
mg@carastone.com
jmorock@carastone.com

***ATTORNEYS FOR PLAINTIFF and COUNTER-DEFENDANT***

*/s/ R. Devin Ricci (w/consent)*
**KEAN MILLER LLP**
Robert Devin Ricci, (#34724)
First Bank and Trust Tower
909 Poydras Street, Suite 3600
New Orleans, LA 70112
Telephone: (504) 585-3050

James R. Chastain Jr., (#19518)
Randal R. Cangelosi, (#23443)
**KEAN MILLER LLP**
400 Convention Street, Suite 700
Baton Rouge, LA 70802
Telephone: (225) 387-0999

Shawn Kolitch, Ph.D.
Thomas J. Romano
**KOLITCH ROMANO LLP**
520 SW Yamhill Street, #200
Portland, OR 97204
Telephone: (503) 994-1650
Telefax: (971) 279-4549

***Attorneys for Parthenon Software Group, Inc. and Andrew Schmitt***

*/s/Christopher R. Lepore (w/consent)*
Mary Ellen Roy (#14388)
Lindsay Calhoun (#35070)
**PHELPS DUNBAR LLP**
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130
Telephone: (504) 566-1311
Jeannil Boji (admitted *pro hac vice*)
Christopher R. Lepore (admitted *pro hac vice*)
Benjamin N. Prager (admitted *pro hac vice*)
**PERKINS COIE LLP**
110 N. Wacker, Suite 3400
Chicago, Illinois 60606
Telephone: (312) 324-8419
***Attorneys for Defendant, Krispy Krunchy Foods, L.L.C.***

4863-4755-5098, v. 1